**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-6033**

———————————

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

   v.

DARRELL LEMANE WILSON,

        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Danville. Jackson L. Kiser, Senior District Judge. (4:08-cr-00041-JLK-1)

———————————

Submitted: May 13, 2014           Decided: May 28, 2014

———————————

Before KEENAN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Darrell Lemane Wilson, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell Lemane Wilson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. We have repeatedly rejected claims similar to those advanced by Wilson that the sentencing disparity between powder cocaine and crack cocaine violates the Equal Protection Clause. See, e.g., United States v. Bullard, 645 F.3d 237, 245-46 (4th Cir. 2011). The Supreme Court's holding in Dorsey v. United States, 132 S. Ct. 2321 (2012), does not alter our analysis of Wilson's claim. See United States v. Black, 737 F.3d 280, 287 (4th Cir. 2013), cert. denied, __S. Ct.__, 2014 WL 956495 (U.S. Apr. 21, 2014) (No. 13-9100). Accordingly, we affirm for the reasons stated by the district court. United States v. Wilson, No. 4:08-cr-00041-JLK-1 (W.D. Va. Dec. 5, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

AFFIRMED